1 | MCGUIREWOODS LLP
LILA Y. AL-MARHOON SBN #263654
2 | 1800 Century Park East, 8th Floor
Los Angeles, CA  90067-1501
3 | Telephone: 310.315.8200
Facsimile:  310.315.8210
4
Attorneys for Defendants BANK OF AMERICA, N.A., and THE BANK OF NEW YORK
5 | MELLON (erroneously sued as "Bank of New York Mellon")

6

7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

| MERILYN FULINARA, an individual; and NOE FULINARA, an individual, | Case No. 5:13-cv-03963-HRL |
|---|---|
| Plaintiffs, | [The Hon. Howard R. Lloyd in Courtroom 2] |
| vs. | [PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND RELATED RULE 26 REQUIREMENTS |
| BANK OF NEW YORK MELLON; a business entity; BANK OF AMERICA, N.A., a business entity; and DOES 1 through 50, inclusive, | |
| Defendants. | Complaint Filed:    August 27, 2013<br>Trial Date:             None Set |

**TO THE CLERK, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

   **HAVING READ AND CONSIDERED** Defendants THE BANK OF NEW YORK MELLON (erroneously sued as "Bank of New York Mellon") and BANK OF AMERICA, N.A.'s (collectively, "Defendants") and Plaintiffs MERILYN FULINARA and NOE FULINARA (collectively, "Plaintiffs") Joint Stipulation to Continue The Case Management Conference and Related Rule 26 Requirements, and good cause appearing, the Court hereby GRANTS the stipulation and ORDERS as follows:

///

///

1.     The Case Management Conference shall be continued ~~by thirty (30) days~~, to _____<span style="color:red">January 7, 2014</span>_____ with all Rule 26 requirements to track the new Case Management Conference date.

**IT IS SO ORDERED.**

DATED: 11/14/13         _____
                                              HON. HOWARD R. LLOYD