*E-Filed: January 6, 2014*

1 | Matthew D. Mellen (Bar No. 233350)
Jessica Galletta (Bar No. 281179)
2 | MELLEN LAW FIRM
411 Borel Avenue, Suite 230
3 | San Mateo, California 94402
Telephone:   (650) 638-0120
4 | Facsimile:    (650) 638-0125

5 | Attorney for Plaintiffs,
MERILYN FULINARA
6 | NOE FULINARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MERILYN FULINARA, an individual; and NOE FULINARA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF NEW YORK MELLON; a business entity; BANK OF AMERICA, N.A., a business entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:13-cv-03963-HRL<br><br>**JOINT STIPULATION TO FURTHER STAY LITIGATION PENDING EFFORTS TOWARDS INFORMAL RESOLUTION; [PROPOSED] ORDER**<br><br>[Filed Concurrently with [Proposed] Order]<br><br>Action Filed:    November 15, 2012<br>Trial Date:       None Set |

Pursuant to the Civil Local Rules of the United States District Court for the Northern District of California, Rule 6-2 and ADR Local Rules of the United States District Court for the Northern District of California, Rule 304(b), the parties, Plaintiffs, MERILYN FULINARA and NOE FULINARA, and Defendants, BANK OF NEW YORK MELLON and BANK OF AMERICA, N.A., hereby stipulate that:

    1.    WHEREAS Plaintiffs filed the instant action August 27, 2013.

    2.    WHEREAS on October 28 2013, Defendants filed a Motion to Dismiss Plaintiffs' Complaint.

    3.    WHEREAS on November 18, 2013, Plaintiffs filed an Amended Complaint

    4.    WHEREAS on December 2, 2013, the parties agreed to extend the time for Defendants' response to Plaintiffs' First Amended Complaint until December 12, 2013.

5. WHEREAS the parties continue to work diligently in hopes that this dispute can be resolved by way of a loan modification, and do not wish to incur any further expenses or expend judicial resources unnecessarily, but additional time is required to complete the loan modification review.  The parties, therefore, agree as follows:

6. All proceedings will be stayed for one hundred and twenty days (120) days to allow for adequate time to process Plaintiffs' loan modification application and review Plaintiffs for a loan modification.

7. Pending the loan modification review, Defendants agree to postpone all foreclosure proceedings.  Defendants also agree that any noticed trustee's sale concerning the subject property shall not be held while Plaintiffs' loan modification application is under review.  If a mutually agreeable settlement is not reached, Defendants may elect to proceed with the postponed trustee's sale.  In such event, counsel for Defendants shall provide Plaintiffs' counsel with written notice at least 10 days prior to any scheduled trustee's sale advising of Defendants' election.

8. Defendants' time to file and serve a responsive pleading to Plaintiffs' Complaint shall be extended to 15 days after the litigation stay expires.

9. The Initial Case Management Conference and all associated deadlines, shall be reset by the Court following the expiration of the stay, should the case not resolve.

1 | DATED:  December 6, 2013        MELLEN LAW FIRM

4 | By:  /s/ Jessica Galletta
Matthew D. Mellen
Jessica R. Galletta

Attorneys for Plaintiffs MERILYN FULINARA and NOE FULINARA

9 | DATED:  December 6, 2013        MCGUIRE WOODS

12 | By:  /s/ Lila Al-Marhoon
Lila Al-Marhoon (*e-signature approved by counsel via email on December 6, 2013*

Attorneys for Defendants BANK OF AMERICA, N.A., and THE BANK OF NEW YORK MELLON

Matthew D. Mellen (Bar No. 233350)
Jessica Galletta (Bar No. 281179)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone:  (650) 638-0120
Facsimile:   (650) 638-0125

Attorney for Plaintiffs,
MERILYN FULINARA
NOE FULINARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MERILYN FULINARA, an individual; and NOE FULINARA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF NEW YORK MELLON; a business entity; BANK OF AMERICA, N.A., a business entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:  5:13-cv-03963-HRL<br><br>**JOINT STIPULATION TO FURTHER STAY LITIGATION PENDING EFFORTS TOWARDS INFORMAL RESOLUTION; [PROPOSED] ORDER**<br><br>[Filed Concurrently with [Proposed] Order]<br><br>Action Filed:    November 15, 2012<br>Trial Date:       None Set |

Pursuant to the parties' Stipulation to Stay Litigation Pending Efforts Toward Informal Resolution, and good cause appearing, IT IS SO ORDERED that:

1. All litigation proceedings, including but not limited to discovery and law and motion, are stayed for 120 days from the date of this Order to allow for adequate time for defendant Bank of America to process Plaintiffs' loan modification application and review Plaintiffs for a loan modification

2. Defendants shall file and serve a responsive pleading to Plaintiffs' Complaint within 15 days of the expiration of the litigation stay.

3. The initial Case Management Conference set for January 7, 2014, and all associated deadlines, is hereby vacated and shall be reset by the Court following the expiration of the stay, should the case not resolve.

1

1      IT IS SO ORDERED.

4    Dated: __1/3/14_____                          _____

                                                                                         Honorable Howard R. Lloyd